# EXHIBIT B

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DOLLAR RENT A CAR, INC., an
Oklahoma corporation, THRIFTY RENT A CAR, INC., an
Oklahoma corporation, and
THE HERTZ CORPORATION, a
Delaware corporation

        Plaintiffs,

v.                                                                                        Case No.: 2:16-cv-363-FtM-29CM

WESTOVER CAR RENTAL, LLC, a
Delaware limited liabilty company,
PHILIP R. MOOAR,
CARL P. PALADINO,
JOSEPH P. MOSEY, JR.
JOEL CASTLEVETERE,
ENRICO D'ABATE,
MICHAEL G. DILLON,

        Defendants.

---

## AFFIDAVIT

STATE OF NEW YORK    )
                                ) ss:
COUNTY OF ERIE        )

    Philip R. Mooar being duly sworn deposes and says:

    1.    I am a resident of the County of Erie and State of New York. I am a defendant in this action.

    2.    I make this affidavit in support of a motion by defendants Westover Car Rental, LLC, Philip R. Mooar, Carl P. Paladino, Joel Castlevetere, Enrico D'Abate and Michael G. Dillon, to dismiss this action for lack of personal jurisdiction over said defendants in the State

of Florida, or in the alternative transferring venue in this action to the Western District of New York in Buffalo, New York.

3. I have not in my individual capacity operated, conducted, engaged in or carried on a business venture in the State of Florida; maintained or had an office or agency in the State of Florida, from which a cause of action in this case arises; committed any tortious acts in the State of Florida; owned, used, possessed or held a mortgage or other lien on any real property in the State of Florida from which a cause of action in this case arises; breached any contract in this case by failing to perform acts required to be performed in Florida; or engaged in any substantial activity in the State of Florida.

4. I have not contracted to insure a property, person or risk located in the State of Florida, nor am I charged with causing any personal injury or property damage within the State of Florida. It is not alleged that I caused injury to persons or property in Florida arising out of an act or omission outside the state while engaging in solicitation or service activity in Florida or while products manufactured, serviced or processed by me were used or consumed in Florida. I have not in my individual capacity sold any products in Florida, registered a vehicle in Florida, maintained a bank account in Florida, registered to vote in Florida, had a license issued to me in Florida or had an agent in Florida.

5. I am aware that the plaintiffs rely on various forum selection clauses in agreements attached to the complaint for their contention that this court has personal jurisdiction over the defendants. For the reasons set forth in defendants' motion to dismiss and the memorandum of law submitted in support of that motion, I verily believe that such forum selection clauses do not confer jurisdiction over defendants in Florida.

6.  As a consequence of the foregoing, I request that this action be dismissed for lack of personal jurisdiction in the State of Florida, or in the alternative that venue be transferred to the Western District of New York.

Philip R. Mooar

Sworn to before me this
15 day of September, 2016

(Notary Public)

ALYSSA R. WIEDER
NOTARY PUBLIC STATE OF NEW YORK
QUALIFIED IN ERIE COUNTY
COMM. EXP. 03/20/2018

3